**Dismissed; Opinion Filed June 9, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00124-CV

## IN THE INTEREST OF J.N.S. AND A.N.S., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50781-02**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Lang
Opinion by Justice Lang

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated February 8, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 8, 2016, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated February 22, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the

docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

160124F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.N.S. AND A.N.S., CHILDREN

No. 05-16-00124-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-50781-02.
Opinion delivered by Justice Lang. Chief Justice Wright and Justice Bridges participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Geoffrey Stewart Sabik recover his costs of this appeal from appellant Desiree Sabik Meischen.

Judgment entered this 9th day of June, 2016.